```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                    2:12-cr-214

Jamil Furquan Sayles

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 19). The court accepts the defendant's plea of guilty to the information, and he is hereby adjudged guilty. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: November 28, 2012          <u>s\James L. Graham</u>
                                          James L. Graham
                                          United States District Judge